Appellant grounds this aspect of his case on the contention that the a-b-c provisions of Section Three of the Social Security Act supersede the common law definition of employment. Neither the history of the a-b-c provisions nor the accepted canons of construction support this contention. It appears that these provisions were first contained in the Wisconsin Social Security Act and the Supreme Court of that state in Wisconsin Bridge and Iron Co. v. Ramsey 233 Wis. 467, 290 N. W. 199, applied the common law meaning to the words "employee" and "employer." A great majority of the states have followed this interpretation and we think the very terms of the Florida Act make it mandatory.

It is also shown that social security as now known is a cooperative effort on the part of the State and Federal government to effectuate a purpose common to both. For this reason practical experience has shown that uniformity of interpretation between the states and the general government must be attained; otherwise a competitive spirit is developed that will result in gross inequities. The title and body of the Florida Act point conclusively to the necessity for uniformity.

The judgment appealed from is affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

---

**FLORIDA INDUSTRIAL COMMISSION UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, and ROBERT E. MADDEN, v. THE INDEPENDENT LIFE AND ACCIDENT INSURANCE COMPANY, a corporation.**

10 So. (2nd) 794                                June Term 1942
December 8, 1942                                    En Banc
Rehearing Denied January 8, 1943

*Burnis T. Coleman, John P. Mack,* and *S. Sherman Weiss,* for apellants.

*Lee Guest,* for appellee.

TERRELL, J.:

The record and the briefs in this case have been examined. It is shown to be a companion case to Florida Industrial Commission and Charles C. Brand v. Peninsular Life Insurance Company, a corporation, decided this date. The judgment appealed from is affirmed on authority of the latter case.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

**FLORIDA INDUSTRIAL COMMISSION and CARY LEE HICKMAN, v. GULF LIFE INSURANCE COMPANY, a corporation.**

10 So. (2nd) 795                                          June Term, 1942
December 8, 1942                                          En Banc
Rehearing Denied January 8, 1943

*Burnis T. Coleman, John P. Mack* and *S. Sherman Weiss,* for appellants.

*William H. Jeter* and *Keen and Allen, and Frank O'Kelley, Jr.,* for appellee.

TERRELL, J.:

The record and the briefs in this case have been examined. It is shown to be a companion case to Florida Industrial Commission and Charles C. Brand v. Peninsular Life Insurance Company, a corporation, decided this date. The judgment appealed from is affirmed on authority of the latter case.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

**THE ATLANTIC NATIONAL BANK OF JACKSONVILLE, as Executor of the Will of C. H. PASCHALL, deceased, v. W. T. KIRKWOOD.**

10 So. (2nd) 743                                          June Term, 1942
December 11, 1942                                         En Banc